299 North 115th Street, Omaha, NE
**Part B – Personal Property (Schedule B)**
Item #28


Ricoh 3900NF Fax machine
Xerox Typewriter
Toshiba Multi-Line Phone System w/13 Phones
4 - Check Imprinters
Asst'd calculators
Asst'd staplers & Tape Dispensers
Asst'd Office supplies
Asst'd Plants

**EXHIBIT**

C

2605 Chandler Rd, Bellevue, NE

**Part B – Personal Property (Schedule B)**
Item #29

Ruby register
Gardall Safe

Front Counter 8'
Back Shelving 8'
Shelving 4'
Front wire rack 4'
37" Wood shelf
49" wood Shelf
48" Steel Shelf

4 - Schlumberger Fuel Dispensers
3 – 10,000 gallon Underground Fuel Storage Tanks
Misc. trash Cans
Bench/Table
Price Sign with Message board
Canopy



2609 Chandler Road, Bellevue, NE

**Part B – Personal Property (Schedule B)**
Item #28

Ice Maker
Misc. Wire Racks
Wood Shelf 2' x 4'
Shelving 3' x 3'
Wood shelving 14' x 2'
Wood shelving 17' x 2'
Storage shelving 11' x 6'
Hot dog roller
Stainless steel sink 3 bay
Mop Sink

Filing cabinets (2) 2 drawers
Filing Cabinets 3 Drawers
Security
     Monitor
     VCR
     Multiplexer
Wood Shelf 30" Shelving

Masterbilt cooler 5 door
Masterbilt cooler 3 door
U S cooler 10 door
Lozier shelving Approx. 668'
Pickle Machine
Masterbilt freezer Reach in 3 door
Fountain counter 16'
70" Counter top cooler  Masterbilt
Ceiling Fans (2)
Security Mirrors (4)
Security Cameras (4)
Cash register
Sergeant safe
Front counter 13'
Misc. trash cans

11511 South 36th Street, Bellevue, NE

**Part B – Personal Property (Schedule B)**
Item #29


2 - Gilbarco G-Site Cash Registers
Receipt Printers
2 - Gilbarco Advantage Gasoline Dispensers
3 – Underground Gasoline Storage Tanks
Canopy
Price Sign
Ryko Car Wash
Veeder-Root TLS 350 Automatic Tank Gauge

1001 Locust Street, Carter Lake, IA

**Part B – Personal Property (Schedule B)**
Item #29


2 - Gilbarco G-Site Cash Registers
Receipt Printers
3 - Gilbarco Advantage Gasoline Dispensers
2 – Gilbarco Diesel Dispensers w/ satellite dispensers
4 – Underground Gasoline Storage Tanks
Canopy
Price Sign
Message Board
Veeder-Root TLS 350 Automatic Tank Gauge

4741 Giles Road, Bellevue, NE

**Part B – Personal Property (Schedule B)**
Item #29

1 – Gilbarco G-Site Cash Register
Receipt Printer
Veeder-Root TLS 250 Automatic Tank Gauge
Canopy
2 Gilbarco Advantage Gas Dispensers
3 Underground Storage Tanks
Outside price sign
Message Board

1910 North 144th Street, Omaha, NE

**Part B – Personal Property (Schedule B)**
Item #29

VeriFone Ruby Cash Register w/ 2 Drawers
Receipt Printers
Veeder-Root TLS 250 Automatic Tank Gauge
Canopy
4 Tokheim Gas Dispensers
3 Underground Storage Tanks
Outside price sign
Message Board
Mark VII Car Wash

**Section 5 - Statement of Financial Affairs**

**20. - Inventories**
a.

| Inventory Location | Type of Inventory | Dates of Inventory | Inventory Supervisor | $ Amount / Basis |
|---|---|---|---|---|
| 2605 Chandler Road Bellevue | Gasoline | 4/7/2009 4/8/2009 | Cassie Dixson | $1,557.12 $1,557.12 Cost |
| 11511 So 36th St Bellevue, NE | Gasoline | 4/20/2009 4/21/2009 | Donnie Davis | $1,665.39 $1,665.39 Cost |
| 1001 Locust St Cater Lake, IA | Gasoline / Diesel | 4/20/2009. 4/21/2009 | Vickie Bischof | $3,364.80 $3,364.80 Cost |
| 4741 Giles Rd Bellevue, NE | Gasoline | 4/14/2009 4/15/2009 | Donnie Davis | $1,082.87 $1,082.87 Cost |
| 1910 North 144th ST Omaha, NE | Gasoline | 4/20/2009 4/21/2009 | Helen Kurbis | $1,707.87 $1,707.87 Cost |
| 2609 Chandler Rd Bellevue, NE | Groceries, Beer, Liquor, Pop, & Cigarettes | 2/27/2009 3/27/2009 | Donnie Davis | $28,238.00 $25,341.00 Retail |

b.

**Name & Address of Custodian of Inventory Records**

Current Custodian of Inventory Records
Bill Galley
16461 Sherwood Cir
Omaha, NE  68116

Future Custodian
William Ashley
1305 North 138th St
Omaha, NE  68154



EXHIBIT

E

**Income from Operation of Business**

| Period | $ Amount | Source |
|---|---|---|
| January 1, 2009 - April 22, 2009 | $125,189 | Gasoline Gross Income |
| | $78,514 | Merchandise Gross Income |
| | $2,266 | Lottery Gross Income |
| | $6,773 | Merchandise Rebates |
| | $10,984 | Gasoline Rebates |
| | $0 | Car Wash Gross Income |
| | $223,726 | Total Gross Income |
| January 1, 2008 - Dec 31, 2008 | $564,438 | Gasoline Gross Income |
| | $431,227 | Merchandise Gross Income |
| | $15,884 | Lottery Gross Income |
| | $19,521 | Merchandise Rebates |
| | $79,078 | Gasoline Rebates |
| | $21,973 | Car Wash Gross Income |
| | $1,132,121 | Total Gross Income |
| January 1, 2007 - Dec 31, 2007 | $846,506 | Gasoline Gross Income |
| | $802,570 | Merchandise Gross Income |
| | $33,675 | Lottery Gross Income |
| | $19,959 | Merchandise Rebates |
| | $123,389 | Gasoline Rebates |
| | $142,405 | Car Wash Gross Income |
| | $1,968,504 | Total Gross Income |



EXHIBIT

F

**Section 5 - Statement of Financial Affairs**                                    1

**3. b - Non-Consumer debts paid within the the past 90 days**

| Name & Address | Dates of Payment | $ Paid | Amount Still Owed |
|---|---|---|---|
| Sapp Bros Petroleum | 1/27/2009 | 1,868.41 | $546,792.51 |
| P.O. Box 45305 | 1/29/2009 | 2,537.00 | |
| Omaha, NE  68145 | 1/30/2009 | 12,263.16 | |
| | 2/2/2009 | 3,087.76 | |
| | 2/3/2009 | 4,849.42 | |
| | 2/4/2009 | 2,418.87 | |
| | 2/6/2009 | 6,539.09 | |
| | 2/10/2009 | 7,854.06 | |
| | 2/12/2009 | 3,579.82 | |
| | 2/13/2009 | 11,160.13 | |
| | 2/17/2009 | 4,802.49 | |
| | 2/20/2009 | 643.74 | |
| | 2/23/2009 | 17,857.81 | |
| | 2/24/2009 | 6,036.15 | |
| | 2/25/2009 | 767.59 | |
| | 2/27/2009 | 9,028.33 | |
| | 3/2/2009 | 5,000.00 | |
| | 3/6/2009 | 1,723.25 | |
| | 3/12/2009 | 725.05 | |
| | 3/13/2009 | 4,460.16 | |
| | 3/19/2009 | 2,488.14 | |
| | 3/20/2009 | 13,113.11 | |
| | 3/23/2009 | 6,292.12 | |
| | 3/24/2009 | 3,980.25 | |
| | | | |
| St Joe Distributing | 1/22/09 | 11,381.95 | $14,186.85 |
| P.O. Box 8308 | 1/27/09 | 8,060.35 | |
| Saint Joseph, MO 64508 | 1/29/09 | 10,698.46 | |
| | 2/3/09 | 5,827.70 | |
| | 2/5/09 | 9,338.44 | |
| | 2/10/09 | 6,226.23 | |
| | 2/12/09 | 9,833.04 | |
| | 2/19/09 | 18,025.21 | |
| | 2/24/09 | 5,966.46 | |
| | 2/26/09 | 4,432.40 | |
| | 3/3/09 | 6,539.56 | |
| | 3/5/09 | 9,597.51 | |
| | 3/10/09 | 6,242.47 | |
| | 3/12/09 | 8,749.95 | |
| | 3/17/09 | 7,247.40 | |
| | 3/19/09 | 8,762.09 | |
| | 3/24/09 | 7,026.73 | |

**EXHIBIT**

tables'    G

MAY. 6. 2009 10:47AM   CREST. METAB. FUNC. CARE   NO. 175   P. 5

## Section 5 - Statement of Financial Affairs

2

### 3. b - Non-Consumer debts paid within the the past 90 days

| Name & Address | Dates of Payment | $ Paid | Amount Still Owed |
|---|---|---|---|
| ADP - Payroll Taxes<br>P.O. Box 78415<br>Phoenix, AZ 85062 | 1/30/09 | 9,590.12 | $0.00 |
| | 2/13/09 | 9,786.69 | |
| | 2/27/09 | 9,758.63 | |
| | 3/13/09 | 8,794.87 | |
| | 3/27/09 | 8,645.20 | |
| | 4/10/09 | 11,348.66 | |
| NE Lottery<br>P.O. Box 98901<br>Lincoln, NE  68501 | 1/21/09 | 7,357.73 | $14,874.14 |
| | 1/28/09 | 4,029.88 | |
| | 2/4/09 | 6,202.60 | |
| | 2/11/09 | 5776.2 | |
| | 2/18/09 | 6,716.64 | |
| | 2/25/09 | 7,287.62 | |
| | 3/11/09 | 2,715.18 | |
| Security National Bank<br>Bank Fees<br>1120 South 101st St<br>Omaha, NE  68124 | 1/21/09 | 28.00 | $0.00 |
| | 1/22/09 | 308.00 | |
| | 1/23/09 | 140.00 | |
| | 1/26/09 | 84.00 | |
| | 1/28/09 | 140.00 | |
| | 1/29/09 | 140.00 | |
| | 1/30/09 | 252.00 | |
| | 2/2/09 | 364.00 | |
| | 2/3/09 | 1,064.00 | |
| | 2/4/09 | 812.00 | |
| | 2/5/09 | 336.00 | |
| | 2/6/09 | 392.00 | |
| | 2/9/09 | 84.00 | |
| | 2/10/09 | 28.00 | |
| | 2/11/09 | 397.00 | |
| | 2/12/09 | 168.00 | |
| | 2/13/09 | 196.00 | |
| | 2/17/09 | 336.00 | |
| | 2/18/09 | 672.00 | |
| | 2/19/09 | 560.00 | |
| | 2/20/09 | 448.00 | |
| | 2/25/09 | 308.00 | |
| | 2/26/09 | 224.00 | |
| | 2/27/09 | 168.00 | |
| | 3/2/09 | 336.00 | |
| | 3/3/09 | 504.00 | |
| | 3/4/09 | 588.00 | |
| | 3/5/09 | 168.00 | |
| | 3/6/09 | 252.00 | |
| | 3/9/09 | 252.00 | |

Section 5 - Statement of Financial Affairs                                                           3

3. b - Non-Consumer debts paid within the the past 90 days

| Name & Address | Dates of Payment | $ Paid | Amount Still Owed |
|---|---|---|---|
| Security National Bank - cont'd | 3/10/09 | 112.00 | |
| Bank Fees | 3/11/09 | 308.00 | |
| | 3/12/09 | 196.00 | |
| | 3/13/09 | 560.00 | |
| | 3/16/09 | 252.00 | |
| | 3/17/09 | 364.00 | |
| | 3/18/09 | 588.00 | |
| | 3/19/09 | 168.00 | |
| | 3/20/09 | 364.00 | |
| | 3/23/09 | 196.00 | |
| | 3/24/09 | 168.00 | |
| | 3/25/09 | 224.00 | |
| | 3/26/09 | 56.00 | |
| | 3/27/09 | 140.00 | |
| | 3/30/09 | 280.00 | |
| | 3/31/09 | 476.00 | |
| | 4/1/09 | 453.00 | |
| | 4/2/09 | 68.00 | |
| | 4/3/09 | 392.00 | |
| | 4/6/09 | 140.00 | |
| | 4/7/09 | 84.00 | |
| | 4/8/09 | 280.00 | |
| | 4/9/09 | 196.00 | |
| | 4/10/09 | 196.00 | |
| | 4/13/09 | 280.00 | |
| | 4/15/09 | 140.00 | |
| | 4/16/09 | 112.00 | |
| Security National Bank | 1/28/09 | 4,218.85 | $0.00 |
| Loan Payments | 3/30/09 | 4,218.85 | |
| 1120 South 101st St | 4/15/09 | 58,032.68 | |
| Omaha, NE 68124 | | | |
| Nebraska Department of Revenue | 1/26/09 | 5,582.47 | $4,364.32 |
| P.O. Box 98923 | 3/6/09 | 4,673.86 | |
| Lincoln, NE 68509-8923 | 3/25/09 | 4,190.21 | |
| United Health Care | 2/3/09 | 6,813.83 | $7,194.36 |
| Dept CH 10151 | 3/3/09 | 6,813.83 | |
| 600550151C0009 | 4/1/09 | 8,335.95 | |
| Palatine, IL 60055-0151 | | | |

**Section 5 - Statement of Financial Affairs**                                         4

**3. b - Non-Consumer debts paid within the the past 90 days**

| Name & Address | Dates of Payment | $ Paid | Amount Still Owed |
|---|---|---|---|
| State Farm Insurance<br>1919 South 40th Street, #100<br>Lincoln, NE 68506 | 2/9/09<br>3/17/09<br>4/2/09 | 6,578.60<br>6,557.91<br>2,389.17 | $3,896.79 |
| USBank/Manifest Funding<br>P.O. Box 790448<br>St Louis, MO 63179 | 3/6/09<br>3/20/09<br>4/3/09 | 2,618.13<br>2,618.13<br>2,618.13 | $20,246.70 |
| OPPD<br>P.O. Box 3065<br>Omaha, NE 68103 | 1/23/09<br>2/3/09<br>3/3/09<br>3/19/09 | 2,827.75<br>2,689.22<br>2,974.27<br>3,083.95 | $4,997.22 |
| Nebraska Distributing Co. /<br>Premier Midwest Beverage<br>10367 South 134th St<br>Omaha, NE 68138 | 1/22/09<br>1/27/09<br>1/29/09<br>2/3/09<br>2/5/09<br>2/10/09<br>2/12/09<br>2/17/09<br>2/19/09<br>2/24/09<br>2/26/09<br>3/3/09<br>3/5/09<br>3/10/09<br>3/12/09<br>3/17/09<br>3/19/09<br>3/24/09<br>3/31/09<br>4/7/09 | 215.20<br>530.00<br>285.65<br>707.47<br>263.50<br>726.60<br>160.83<br>819.90<br>181.45<br>679.87<br>242.15<br>676.30<br>274.36<br>746.95<br>290.15<br>570.50<br>130.42<br>914.26<br>838.65<br>506.20 | $0.00 |

**Section 5 - Statement of Financial Affairs**                                         5

**3. b - Non-Consumer debts paid within the the past 90 days**

| Name & Address | Dates of Payment | $ Paid | Amount Still Owed |
|---|---|---|---|
| Miller Brands | 1/21/09 | 375.60 | $0.00 |
| 4651 F Street | 1/27/09 | 200.40 | |
| Omaha, NE 68117 | 1/28/09 | 706.85 | |
| | 2/3/09 | 495.45 | |
| | 2/4/09 | 775.10 | |
| | 2/11/09 | 465.05 | |
| | 2/17/09 | 101.05 | |
| | 2/18/09 | 406.85 | |
| | 2/24/09 | 159.00 | |
| | 2/25/09 | 461.74 | |
| | 2/27/09 | 406.85 | |
| | 3/4/09 | 228.86 | |
| | 3/10/09 | 93.65 | |
| | 3/17/09 | 112.65 | |
| | 3/18/09 | 536.30 | |
| | 3/25/09 | 214.40 | |
| | 4/1/09 | 210.00 | |
| | 4/7/09 | 235.00 | |
| | 4/8/09 | 347.30 | |
| Wildhorse Distributing | 1/23/09 | 118.80 | $0.00 |
| 713 N. Frontier Dr | 1/27/09 | 1,165.54 | |
| Papillion, NE 68046 | 1/30/09 | 340.63 | |
| | 2/1/09 | 1,137.01 | |
| | 2/4/09 | 281.57 | |
| | 2/7/09 | 1,109.15 | |
| | 2/9/09 | 261.77 | |
| | 2/17/09 | 316.80 | |
| | 2/20/09 | 1,313.71 | |
| | 2/22/09 | 601.90 | |
| | 2/23/09 | 264.32 | |
| | 3/1/09 | 871.20 | |
| | 3/2/09 | 244.52 | |
| | 3/6/09 | 79.20 | |
| | 3/9/09 | 264.32 | |
| | 3/13/09 | 190.04 | |
| | 3/14/09 | 1,287.00 | |
| | 3/17/09 | 237.60 | |
| | 3/20/09 | 297.00 | |
| | 3/22/09 | 826.86 | |
| | 3/24/09 | 138.60 | |
| | 3/27/09 | 300.87 | |
| | 4/3/09 | 134.00 | |

**Section 5 - Statement of Financial Affairs**                                                    6

**3. b - Non-Consumer debts paid within the the past 90 days**

| Name & Address | Dates of Payment | $ Paid | Amount Still Owed |
|---|---|---|---|
| Pepsi Cola | 1/21/09 | 506.12 | $0.00 |
| P.O. Box 841828 | 1/22/09 | 89.85 | |
| Dallas, TX 75284 | 1/28/09 | 644.88 | |
| | 2/4/09 | 547.46 | |
| | 2/11/09 | 488.42 | |
| | 2/12/09 | 119.75 | |
| | 2/18/09 | 698.49 | |
| | 2/19/09 | 125.60 | |
| | 2/25/09 | 414.63 | |
| | 3/4/09 | 500.15 | |
| | 3/5/09 | 140.50 | |
| | 3/11/09 | 591.49 | |
| | 3/12/09 | 70.81 | |
| | 3/18/09 | 604.52 | |
| | 3/19/09 | 95.85 | |
| | 3/25/09 | 559.60 | |
| | 3/26/09 | 97.95 | |
| | 4/1/09 | 478.79 | |
| | 4/8/09 | 195.41 | |
| | | | |
| Coca-Cola | 3/4/09 | 67.40 | $0.00 |
| 88017 Expedite Way | 3/11/09 | 64.65 | |
| Chicago, IL 60695 | 3/18/09 | 88.10 | |
| | 2/11/09 | 115.67 | |
| | 2/18/09 | 207.72 | |
| | 2/25/09 | 73.30 | |
| | 4/1/09 | 64.60 | |
| | 1/28/09 | 66.62 | |
| | 2/4/09 | 87.80 | |
| | 3/25/09 | 115.40 | |
| | 3/3/09 | 322.90 | |
| | 3/10/09 | 278.66 | |
| | 3/17/09 | 406.27 | |
| | 2/10/09 | 527.25 | |
| | 2/17/09 | 269.53 | |
| | 2/24/09 | 469.34 | |
| | 3/31/09 | 228.59 | |
| | 1/27/09 | 285.79 | |
| | 2/3/09 | 271.40 | |
| | 3/24/09 | 340.96 | |
| | 4/8/09 | 28.85 | |
| | 4/7/09 | 162.90 | |

Section 5 - Statement of Financial Affairs                                        7

### 3. b - Non-Consumer debts paid within the the past 90 days

| Name & Address | Dates of Payment | $ Paid | Amount Still Owed |
|---|---|---|---|
| Quality Brands of Omaha | 1/22/09 | 985.35 | $0.00 |
| 13255 Centech Rd | 1/26/09 | 1,087.25 | |
| Omaha, NE  68138 | 1/27/09 | 680.45 | |
| | 1/29/09 | 1,329.79 | |
| | 2/2/09 | 1,333.75 | |
| | 2/3/09 | 253.30 | |
| | 2/5/09 | 883.36 | |
| | 2/8/09 | 1,576.35 | |
| | 2/10/09 | 535.85 | |
| | 2/12/09 | 616.00 | |
| | 2/14/09 | 1,210.40 | |
| | 2/17/09 | 497.85 | |
| | 2/19/09 | 336.35 | |
| | 2/21/09 | 2,227.25 | |
| | 2/24/09 | 388.70 | |
| | 2/26/09 | 619.04 | |
| | 2/28/09 | 1,042.68 | |
| | 3/3/09 | 466.93 | |
| | 3/5/09 | 344.90 | |
| | 3/8/09 | 1,509.32 | |
| | 3/10/09 | 459.00 | |
| | 3/12/09 | 929.20 | |
| | 3/15/09 | 1,514.85 | |
| | 3/17/09 | 300.33 | |
| | 3/19/09 | 835.10 | |
| | 3/21/09 | 1,633.75 | |
| | 3/26/09 | 625.00 | |
| | 3/28/09 | 1,171.05 | |
| | 3/31/09 | -157.21 | |
| | 4/2/09 | 864.05 | |
| | 4/4/09 | 1,074.25 | |

**Section 5 - Statement of Financial Affairs**

**3. Payments to Creditors**
**c. Payments to "Insiders"**

| Creditor | Date of Payment | $ Amount | $ Amount Still Owed |
|---|---|---|---|
| Pymts to: | 04/22/08 | $2,000 | |
| William & Joyce Ashley | 04/22/08 | $2,000 | |
| 1305 North 138th St | 05/12/08 | $2,000 | |
| Omaha, NE  68154 | 05/12/08 | $2,000 | |
| | 05/22/08 | $20,000 | |
| Crest Petroleum | 07/03/08 | $5,000 | |
| President & Vice President | 07/31/08 | $5,000 | |
| | 08/26/08 | $5,000 | |
| | 09/03/08 | $5,000 | |
| | 11/17/08 | $1,000 | |
| | 11/20/08 | $1,000 | |
| | 11/28/08 | $1,000 | |
| | 12/02/08 | $1,000 | |
| | 02/09/09 | $2,000 | |
| | 02/11/09 | $1,000 | |
| | 02/12/09 | $1,000 | |
| | 02/13/09 | $1,000 | |
| | 02/23/09 | $2,000 | |
| | | | $1,430,260 |



**EXHIBIT**

H

5. - Repossessions, Foreclosures, and Returns

| Name & Address of Creditor | Date of Transfer | Description & Value of Property |
|---|---|---|
| Sapp Bros Petroleum<br>P.O. Box 45305<br>Omaha, NE  68145 | Pending | Convenience Store<br>1001 Locust Street<br>Carter Lake, IA<br>$225,000 |
| Sapp Bros Petroleum<br>P.O. Box 45305<br>Omaha, NE  68145 | 3/12/2008 | Convenience Store / Car Wash<br>123 North 114th Street<br>Omaha, NE  68154<br>$1,197,323 |
| Sapp Bros Petroleum<br>P.O. Box 45305<br>Omaha, NE  68145 | 4/1/2009 | Cancelled Lease<br>Convenience Store / Car Wash<br>3605 Summit Plaza Drive<br>Bellevue, NE |



EXHIBIT

I

**Section 5 - Statement of Financial Affairs**

**17. Environmental Information**

| Site Name & Address | Name & Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| Convenient Food Mart (SOLD) 7210 Harrison Street Ralston, NE | Nebraska Dept of Environmental Quality P.O. Box 98922 Lincoln, NE 68509 | 10/6/1998 | |
| Crest Petroleum (SOLD) 123 North 114th St Omaha, NE 68154 | Nebraska Dept of Environmental Quality P.O. Box 98922 Lincoln, NE 68509 | 10/15/1998 | |
| Crest Petroleum (SOLD) 3707 Center Street Omaha, NE | Nebraska Dept of Environmental Quality P.O. Box 98922 Lincoln, NE 68509 | 8/4/1998 | |
| Crest Petroleum (SOLD) 3902 Harrison St Bellevue, NE | Nebraska Dept of Environmental Quality P.O. Box 98922 Lincoln, NE 68509 | 9/30/1991 | |
| Crest Petroleum (SOLD) 10702 Q St Omaha, NE 68127 | Nebraska Dept of Environmental Quality P.O. Box 98922 Lincoln, NE 68509 | 10/10/1996 | |
| Crest Petroleum (SOLD) 1420 South 60th St Omaha, NE | Nebraska Dept of Environmental Quality P.O. Box 98922 Lincoln, NE 68509 | 8/24/1999 | |
| Crest Petroleum 11511 South 36th St Bellevue, NE | Nebraska Dept of Environmental Quality P.O. Box 98922 Lincoln, NE 68509 | 9/28/1998 | |


EXHIBIT
J
tabbies

**Section 5 - Statement of Financial Affairs**

**18. Nature, Location, Name of Business**

| Name | EIN | Address | Nature of Business | Beginning Date / End Date of Operation |
|------|-----|---------|--------------------|----------------------------------------|
| CFM Operations, Inc. | 47-0710292 | 299 North 115th St Omaha, NE 68154 | Convenience Store Operator Corporate Franchisee | Oct-87 |
| CFM Marketing Systems, Inc | 47-0708196 | 299 North 115th St Omaha, NE 68154 | Regional Franchisor | Aug-87 |
| One O Seven Corp | 47-0682418 | 299 North 115th St Omaha, NE 68154 | Real Estate | Oct-84 Apr-08 |
| WHA, Inc. | 47-0700001 | 299 North 115th St Omaha, NE 68154 | Real Estate | Oct-86 |



**EXHIBIT**

tabbies®

**Section 5 - Statement of Financial Affairs**

**19. Books, Records, and Finacial Statements**
**a. Bookkeepers**

| Name<br>Address | Dates of<br>Services |
|---|---|
| Shari Hansen<br>16115 Plum Circle<br>Bennington, NE  68007 | 09/17/1998 -<br>5/5/2009 |
| Pauline LaCroix<br>740 South 209th St<br>Elkhorn, NE  68022 | 08/20/1987 -<br>Present |
| Karen Pollak<br>1315 South 155th St<br>Omaha, NE  68144 | 07/02/1997 -<br>4/21/2009 |
| Georgene Smith (deceased)<br>4305 Hillsdale Ave<br>Omaha, NE  68107 | 06/04/1979 -<br>6/24/2008 |
| Bill Galley<br>16461 Sherwood Circle<br>Omaha, NE  68116 | 06/15/1995 -<br>Present |

